**2005–0688. State v. Sieng.**
Franklin App. No. 04AP–556, 2005-Ohio-1003. Reported at 109 Ohio St.3d 313, 2006-Ohio-2109, 847 N.E.2d 1174. On motion for reconsideration. Motion denied.

**2005–0875. State v. Colvin.**
Franklin App. No. 04AP–421, 2005-Ohio-1448. Reported at 109 Ohio St.3d 313, 2006-Ohio-2109, 847 N.E.2d 1174. On motion for reconsideration. Motion denied.

**2005–1046. State v. Colvin.**
Franklin App. No. 04AP–421, 2005-Ohio-1448. Reported at 109 Ohio St.3d 313, 2006-Ohio-2109, 847 N.E.2d 1174. On motion for reconsideration. Motion denied.

**2005–2176. State v. Short.**
Cuyahoga App. No. 83804, 2005-Ohio-4578. Reported at 109 Ohio St.3d 313, 2006-Ohio-2109, 847 N.E.2d 1174. On motion for reconsideration. Motion denied.

**2006–0175. State v. Ikharo.**
Franklin App. No. 05AP–167, 2005-Ohio-6616. Reported at 109 Ohio St.3d 1456, 2006-Ohio-2226, 847 N.E.2d 6. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*July 6, 2006*

[Cite as *07/06/2006 Case Announcements,* 2006-Ohio-3462.]

## MOTION AND PROCEDURAL RULINGS

**2005–1678. State v. Hale.**
Cuyahoga C.P. No. CR–04–54857. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Cuyahoga County. Upon consideration of appellant's motion to supplement the record,
    IT IS ORDERED by the court that the motion is granted and that the Clerk of the Court of Common Pleas of Cuyahoga County shall, within twenty days of the date of this entry, certify and transmit to the Clerk of this court the following document: Page 172 of the trial transcript.

**2006–0830. Elyria Foundry Co. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 05–704–ELA–TA, 05–1125–EL–ATA, 05–1126–EL–AAM, and 05–1127–EL–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellee's motion to assign separate case numbers or to file separate merit briefs,
    IT IS ORDERED by the court that the motion is denied.

**2006–1096. State v. Cayson.**
Trumbull App. No. 2004–T–0118. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellee's motion to strike appellant's initial filings in this case,
    IT IS ORDERED by the court that the motion is denied.
    IT IS FURTHER ORDERED, sua sponte, that appellee may file a memorandum in response to appellant's memorandum in support of jurisdiction within thirty days of the date of this entry.

**2006–1218. Mike McGarry & Sons, Inc. v. Gross.**
Cuyahoga App. No. 86603, 2006-Ohio-1759. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of execution of the trial court judgment,
    IT IS ORDERED by the court that the motion is denied.